UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**                                     Case No. 8:08-cv-1106-T-30MAP

**BARRY E. SIELOFF,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Notice of Supplementation of Record (Dkt. 11), which supplements the record with documentation reflecting the amount of Defendant's liabilities as of the date that the Court entered summary judgment in favor of Plaintiff on June 25, 2009 (Dkt. 10).

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to enter Final Judgment in favor of Plaintiff UNITED STATES OF AMERICA and against Defendant BARRY E. SIELOFF in the sum of **$314,273.30.** Post-judgment interest shall accrue at the relevant statutory rate.

2. The Clerk is directed to terminate any pending motions and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on July 9, 2009.

                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1106.finaljudg.frm